**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS, ) Plaintiff, v. SUNSHINE INTERNATIONAL CORPORATION d/b/a STEPUP SCAFFOLDING, LLC, and LIPSCOMB & PITTS INSURANCE, LLC, Defendants. | Civil Action File No. 2:19-CV-02173-JTF-cgc |

**PLAINTIFF'S ANSWER TO DEFENDANT LIPSCOMB & PITTS INSURANCE, LLC'S COUNTERCLAIM**

Plaintiff, Zurich American Insurance Company of Illinois ("Zurich") submits the following Answer to the Counterclaim submitted by Defendant Lipscomb & Pitts Insurance, LLC ("L&P") as follows.

1. Admitted.

2. Admitted.

3. Admitted.

4. The Agreement speaks for itself.

5. The factual statements are so incorporated.

6. (a) Denied.

   (b) Denied.

   (c) Denied.

7. Denied.

## COUNT I

### Declaratory Judgment

8. Zurich's answers are reincorporated as set forth in Paragraphs 1-7 of this Answer.

    9.       Zurich denies the allegations set forth therein and incorporates its response to Paragraph 7 above.

    10.      Denied.  See response above.

## **AFFIRMATIVE DEFENSES**

    1.       L&P fails to state a claim upon which relief may be granted.

    2.       L&P had a duty to review all policies that it procured for its clients and at no time did L&P tell Zurich that there were errors and/or omissions regarding the workers' compensation policies at bar.

    3.       L&P waived any right to assert indemnification through its failure to report any errors and/or omissions that it alleges exist in this matter. Zurich further asserts the claim of laches.

    4.       Zurich committed no errors and/or omissions in its issuance of the insurance policies at bar.

    5.       The contractual indemnification provision at bar does not apply to tort claims.

    6.       The Counterclaim has no legal merit in that any judgment entered against L&P would render the indemnification provision at bar void, as L&P would have necessarily been found to have committed errors and/or omissions.

    WHEREFORE, Zurich seeks:

    1.       Judgment in its favor in connection with the Counterclaim asserted by L&P;

    2.       That the costs of this proceeding, including discretionary costs, be taxed to L&P; and

    3.       Such further and other relief as this Court deems proper.

    This 14th day May, 2019.

***/s/  Frederick Owen Ferrand***
Frederick Owen Ferrand
Georgia Bar No. 259169
***/s/ Kori E. Eskridge***
Kori E. Eskridge
Georgia Bar No. 155438
*Attorneys for Plaintiff*
SWIFT, CURRIE, McGHEE & HIERS, LLP
1355 Peachtree St., N.E., Suite 300
Atlanta, GA  30309
Ph:  404-874-8800
Fx:  404-888-6199
E-mail:  fred.ferrand@swiftcurrie.com
E-mail:  kori.eskridge@swiftcurrie.com

***/s/ Bradford D. Box***
Bradford D. Box
Tennessee Bar No. 016596
Jonathan David Stewart
Tennessee Bar No. 023039
RAINEY KIZER BUTLER REVIERE & BELL
P.O. Box 1147
209 East Main St.
Jackson, TN  38302-1147
Ph:  (731) 423-2414
Fx:  (731) 426-8150
bbox@raineykizer.com
jstewart@raineykizer.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY I have this date electronically filed PLAINTIFF'S ANSWER TO DEFENDANT LIPSCOMB & PITTS INSURANCE, LLC'S COUNTERCLAIM with the Clerk of Court via the CM/ECF system, through which the following counsel will receive service:

| | |
|---|---|
| Mike Marshall | Phillip Byron Jones, Esq. |
| Evans \| Petree PC | Evans, Jones & Reynolds, P.C. |
| 1715 Aaron Brenner Drive, Ste. 800 | 401 Commerce Street, Suite 710 |
| Memphis, TN  38120 | Nashville, TN  37219 |
| mmarshall@evanspetree.com | PJones@ejrlaw.com |
| *ATTORNEY FOR DEFENDANT SUNSHINE INTERNATIONAL CORPORATION d/b/a STEPUP SCAFFOLDING, LLC* | *ATTORNEY FOR DEFENDANT LIPSCOMB & PITTS INSURANCE, LLC* |

This 14th day of May, 2019.

***/s/  Frederick Owen Ferrand***
Frederick Owen Ferrand
Georgia Bar No. 259169
***/s/ Kori E. Eskridge***
Kori E. Eskridge
Georgia Bar No. 155438
*Attorneys for Plaintiff*
SWIFT, CURRIE, McGHEE & HIERS, LLP
1355 Peachtree St., N.E., Suite 300
Atlanta, GA  30309
Ph:  404-874-8800
Fx:  404-888-6199
E-mail:  fred.ferrand@swiftcurrie.com
E-mail:  kori.eskridge@swiftcurrie.com