# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUNSHINE INTERNATIONAL CORPORATION d/b/a STEPUP SCAFFOLDING, LLC, and LIPSCOMB & PITTS INSURANCE, LLC. )<br>)<br>Defendants. | Civil Action File<br>No. 2:19-CV-02173 |

## MEDIATION ORDER

Pursuant to the mediation requirement set forth by the Court under Local Rule 16.2, the parties are ordered to complete mediation by September 27th, 2019. The parties are to have present at the mediation, representatives with full settlement authority. The parties must file a report with the Court stating (1) the name of their mediator, (2) the date on which the mediation took place, and (3) the results of the mediation. The parties' mediation report is due on or before September 27th, 2019.

A Status Conference is set for <u>Friday</u> January <u>31st</u>, 2020, at <u>9:30</u> a.m.

**IT IS SO ORDERED** on this <u>31st</u> day of May 2019.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE